UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEROME NOBLE,

                Petitioner,

-against-

WARDEN JOHN/JANE DOE,

                Respondent.

23-CV-11062 (LTS)

ORDER DIRECTING ORIGINAL SIGNATURE

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Petitioner brings this action *pro se*. Petitioner's application to proceed without prepayment of fees (IFP application) and his petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 were submitted unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

    Petitioner is directed to resubmit to the Court, within 30 days of the date of this order, the signature page of the IFP application and Section 2254 petition for a writ of *habeas corpus* with his original signature. Copies of the signature pages are attached to this order.

    No answer shall be required at this time. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 22, 2023
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge